UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

-----------------------------------------------------------X

ISABELLA AMARILYS ROMERO,
         Plaintiff,

18 **CIVIL** 10460 (NSR)(JCM)

-against-

**JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
         Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2020, MJ McCarthy's R & R is adopted in its entirety. Defendant's motion for Judgment on the Pleadings is DENIED and Plaintiff's motion is GRANTED to the extent of REMANDING the case back to the SSA for further proceedings consistent with the R & R; accordingly, the case is closed.

**Dated:** New York, New York
    March 12, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY: *[signature]*
   **Deputy Clerk**